HOGAN (O'NEIL v.). See Case No. 10,529.

## Case No. 6,584a.
### HOGAN v. TAYLOR.
[Hempst. 20.] [1]

Superior Court, Territory of Arkansas. Aug., 1822.

JUDGMENT—AMOUNT CLAIMED.

The judgment cannot exceed the amount claimed in the declaration.

[This was a suit by Edmund F. Hogan against Creed Taylor.]

PER CURIAM. The judgment in this case being rendered for fifty dollars more than the amount claimed in the declaration, is manifestly erroneous, and must be reversed; it being well established, that a greater amount cannot be given than claimed in the declaration. 1 Chit. Pl. 372; Yel. 45; 10 Coke, 117; 3 Com. Dig. tit. "Damages," E. 3. Reversed.